**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1353**

In re: NELSON WATTS BROADIE, JR.,

      Petitioner.

On Petition for Writ of Mandamus. (3:15-cr-00137-HEH-1)

Submitted: July 23, 2020               Decided: July 27, 2020

Before WILKINSON, MOTZ, and RICHARDSON, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Nelson Watts Broadie, Jr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Federal prisoner Nelson Watts Broadie, Jr., petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 (2018) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that on July 1, 2020, the district court dismissed Broadie's § 2255 motion. Accordingly, because the court has recently decided Broadie's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*